**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ROOSEVELT RODGERS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>v.<br><br>TOP GAUGE ENERGY, LLC | **Civil Case No. 2:24-cv-00682-JRG**<br><br>**Collective Action**<br>**29 U.S.C. §216(b)**<br>**JURY DEMANDED** |

**Joint Motion to Stay All Deadlines and Notice of Settlement**

Pursuant to the Court's Standing Order, Plaintiff Roosevelt Rodgers and Defendant Top Gauge Energy, LLC (collectively, the "Parties") respectfully file this Joint Motion to Stay All Deadlines and Notice of Settlement.  The Parties hereby notify the Court that they have reached a settlement in principle resolving all the matters in controversy between them in the above-styled action.  The Parties request that the Court stay all deadlines and settings in said actions for thirty (30) days so that appropriate dismissal papers may be submitted.

Dated: October 31, 2024                                      Respectfully submitted,

/s/ William S. Hommel, Jr.                              /s/ Andrew W. Stinson
William S. Hommel, Jr.                                    Andrew W. Stinson
State Bar No. 09934250                                  State Bar No. 24028013
HOMMEL LAW FIRM PC                               RAMEY & FLOCK, PC
5620 Old Bullard Road, Suite 115                100 E. Ferguson Street, Suite 500
Tyler, TX 75703                                             Tyler, TX 75702
903-596-7100                                                 903-597-3301
bhommel@hommelfim.com                          andys@rameyflock.com

*Attorney for Plaintiff*                                      *Attorneys for Defendant*

**Certificate of Service**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via CM/ECF on October 31, 2024.

*/s/ Andrew W. Stinson*
Andrew W. Stinson

**Certificate of Conference**

I hereby certify that Counsel for Plaintiff and Counsel for Defendant have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion.  The Parties are in agreement as to the relief sought herein.

*/s/ Andrew W. Stinson*
Andrew W. Stinson